

**U.S. Department of Justice**

United States Attorney' Office
District of New Jersey
*Civil Division*

---

*ROBERT FRAZER*
*United States Attorney*

*970 Broad Street, Suite 700*     direct: (973) 645-2761
*Newark, NJ 07102*                 fax:    (973) 297-2010
*Margaret.ann.mahoney@usdoj.gov*

April 30, 2026

**BY ECF**

Honorable Madeline Cox Arleo, U.S.D.J.
Martin Luther King Building & U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ 07101

> Re:   *Acka v. Edlow*, Civil No. 26-1103 (MCA)
>       **Status Update and Extension Request**

Dear Judge Arleo:

This Office represents Defendants in the above action, a mandamus petition asking the Court to order the United States Citizenship and Immigration Services ("USCIS") to adjudicate Petitioner's I-589 application for asylum.  ECF No. 1. We write respectfully to provide the Court with a status update and request an extension of time to respond from **May 4, 2026, to July 3, 2026**.  Good cause exists for this extension as USCIS has scheduled Petitioner's interview for May 19, 2026, at 8:15 a.m.  USCIS would appreciate the additional time so that they may conduct the interview and adjudicate Petitioner's application. Thank you for your consideration of this request.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By:   *s/ Margaret Ann Mahoney*
      MARGARET ANN MAHONEY
      Assistant United States Attorney
      *Attorneys for Respondents*

cc: Counsel of Record, Esq., (by ECF)

SO ORDERED

_s/Madeline Cox Arleo_____
MADELINE COX ARLEO, U.S.D.J.

Date: 5/4/26