**U.S. Department of Justice**

United States Attorney' Office
District of New Jersey
*Civil Division*

*ROBERT FRAZER*
*United States Attorney*

*Margaret Ann Mahoney*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
*Margaret.ann.mahoney@usdoj.gov*

*direct: (973) 645-2761*
*fax: (973) 297-2010*

September 14, 2026

**BY ECF**
Honorable Madeline Cox Arleo, U.S.D.J.
Martin Luther King Building & U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ 07101

Re: *Acka v. Edlow*, Civil No. 26-1103 (MCA)
**Status Update and Third Extension Request**

Dear Judge Arleo:

This Office represents Defendants in the above action, a mandamus petition asking the Court to order the United States Citizenship and Immigration Services ("USCIS") to adjudicate Petitioner's I-589 application for asylum. ECF No. 1. We write respectfully to provide the Court with a status update and request a brief two-week extension of time to adjudicate Petitioner's application **September 16, 2026, to September 30, 2026**. Good cause exists for this extension as USCIS conducted a follow-up interview on September 13, 2026, and USCIS would appreciate the additional time so that they may adjudicate Petitioner's application. Petitioner's counsel of record, Susan Roy, Esq., concurs with this extension request. This is the Defendant's third extension request.

Thank you for your consideration of this request.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By: *s/ Margaret Ann Mahoney*
MARGARET ANN MAHONEY
Assistant United States Attorney
*Attorneys for Respondents*

cc: Susan Roy, Esq. Counsel of Record, Esq., (by ECF)

SO ORDERED

*s/Madeline Cox Arleo*
MADELINE COX ARLEO, U.S.D.J.

Date: 9/15/26