CLOSING

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **BEYZA RABIA AKCA,**<br>**A# 218-054-652**<br>***Plantiff,***<br><br>v.<br><br>**JOSEPH B. EDLOW, ET AL.,**<br><br>***Defendants.*** | Case Number: 26-CV-01103 |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Beyza Rabia Akca, by and through undersigned counsel, hereby gives notice of her voluntary dismissal of this case without prejudice.

Dated: October 5, 2026

Respectfully submitted,

*/s/ Beyza Candelen*
Beyza Candelen, Esq.
Merit Law, LLP
11011 Richmond Ave, STE 840
Houston, Texas 77042
info@meritllp.com

*/s/ Susan G. Roy, Esq.*
Law Office of Susan G. Roy, LLC
163 Cranbury Road, Suite 101
Princeton Junction, NJ 08550
sue@sgrlawoffice.com

*Attorneys for Plaintiff*
Beyza Rabia Akca

SO ORDERED

*s/Madeline Cox Arleo*
MADELINE COX ARLEO, U.S.D.J.

Date: 10/7/26